IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JARED GABRIELE, individually and on behalf of all others similarly situated**     **PLAINTIFF**

v.     Case No. 5:14-CV-05183

**CONAGRA FOODS, INC.**     **DEFENDANT**

### ORDER OF DISMISSAL

Currently before the Court are Defendant ConAgra Foods, Inc.'s ("ConAgra") Motion for Costs (Doc. 65) and supporting documents, and Plaintiff Jared Gabriele's Response in Opposition (Doc. 66).

For the reasons set forth in the Court's Order of Dismissal (Doc. 63), the Court has determined that ConAgra may suffer some degree of prejudice due to the Court's dismissal of this case prior to a final ruling on class certification, especially considering ConAgra's expenditure of time and resources briefing and arguing the Motion to Certify Class (Doc. 22). To cure this prejudice, the Court in its discretion finds that the Motion for Costs (Doc. 65) should be, and hereby is, **GRANTED IN PART AND DENIED IN PART**.

Accordingly, **IT IS ORDERED** that Gabriele pay ConAgra's costs that are specifically authorized by 28 U.S.C. § 1920, including $418.00 in clerk fees; $4,698.29 in deposition fees for the depositions of Jared Gabriele and Gabriele's expert, Donald M. May, both of which were necessarily obtained by ConAgra for use in the defense of Gabriele's Motion to Certify Class; and $740.11 in copying costs. The total costs awarded to ConAgra, which are due and payable within 30 days of the date of this Order, are **$5,856.40**.

ConAgra's additional request for expert witness fees totaling $29,754.00 is denied at this time. However, should Gabriele or his attorneys file, in this or any other jurisdiction, individual or class claims against ConAgra that are substantially similar to those made in the case at bar, ConAgra may immediately file a supplementary motion requesting reimbursement of the expert witness fees described above, and the Court will, at that time and in its discretion, seriously consider granting ConAgra's request for those fees subsequent to an additional finding of prejudice flowing from the Court's voluntary dismissal of the case prior to a ruling on class certification.

**IT IS SO ORDERED** this 4th day of January, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE